**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ESTATE OF STEVEN SIDEWATER,** ***by and through its co-executors, Peter Sidewater, Wendy Sidewater, and Judy Munroe,*** **SAMUEL I. SIDEWATER, HERBERT T. VEDERMAN** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-1420** |
| **JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)** | : | |

# ORDER

**AND NOW**, this 9th day of November, 2026, upon considering defendant's motion to dismiss (**DI 23**), plaintiffs' response in opposition (**DI 24**), defendant's reply (**DI 27**), and the parties' oral argument (**DI 36**), it is **ORDERED** that defendant's motion to dismiss (**DI 24**) is **GRANTED.** Counts I and II of plaintiffs' first amended complaint (**DI 19**) are **DISMISSED WITH PREJUDICE**, and Count III is **DISMISSED WITHOUT PREJUDICE**, for the reasons stated in the accompanying memorandum. Plaintiffs are hereby granted leave to file a curative complaint, if the facts and law allow, within 14 days of this Order.

**MURPHY, J.**